UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: CASE NO.: 23-01544
CHAPTER 13

Luba Bauko-Potenziani,
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Towd Point Mortgage Trust 2020-4, U.S. Bank National Association, as Indenture Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
          Authorized Agent for Secured Creditor
          13010 Morris Road, Suite 450
          Alpharetta, GA 30004
          Telephone: 470-321-7112

          By: /s/Cristina DiGiannantonio
              Cristina DiGiannantonio
              Email: cdigiannantonio@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LUBA BAUKO-POTENZIANI
102 MELISSA LANE
HAWLEY, PA 18428

And via electronic mail to:

MOULTON AND MOULTON PC
693 STATE ROUTE 739, SUITE #1
LORDS VALLEY, PA 18428

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/ Angela Gill