WWR# 041224963

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 23-01544 |
|---|---|
| LUBA BAUKO-POTENZIANI | CHAPTER 13 |
|  | JUDGE MARK J CONWAY |
| DEBTOR(S) |  |

## NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, THIRD FEDERAL SAVINGS & LOAN.

Please send all further communications, pleadings, court notices, and other documents intended for THIRD FEDERAL SAVINGS & LOAN to undersigned agent.

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Agent for Creditor
    965 KEYNOTE CIRCLE
    CLEVELAND, OH 44131
    877-338-9484
    pitecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 21st day of July, 2023 addressed to:

MARK E MOULTON, Attorney for Debtor
markmoulton@moultonslaw.com

JACK N ZAHAROPOULOS, Trustee
8125 ADAMS DR STE A
HUMMELSTOWN, PA 17036
info@pamd13trustee.com

OFFICE OF THE UNITED STATES TRUSTEE ustpregion03.ha.ecf@usdoj.gov

LUBA BAUKO-POTENZIANI
102 MELISSA LN
HAWLEY, PA 18428-6803

,

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ GARRY MASTERSON
    GARRY MASTERSON
    Agent for Creditor
    965 KEYNOTE CIRCLE
    CLEVELAND, OH 44131
    877-338-9484
    pitecf@weltman.com