United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                      Case No. 23-01544-MJC

Luba Bauko-Potenziani                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                                         Page 1 of 2

Date Rcvd: Sep 12, 2023                       Form ID: ntcnfhrg                                   Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luba Bauko-Potenziani, 102 Melissa Lane, Hawley, PA 18428-6803 |
| cr | + | Towd Point Mortgage Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| 5553164 | + | Farley & Weed, LLC, 2523 US-6 #1, Hawley, PA 18428-7055 |
| 5553165 | + | Melchris Road Association, Inc, 114 Melissa Lane, Hawley, PA 18428-6803 |
| 5555732 | + | Towd Point Mortgage Trust, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5553166 | + | Email/PDF: cbp@omf.com | Sep 12 2023 18:41:27 | One Main Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 5557164 | + | Email/PDF: cbp@omf.com | Sep 12 2023 18:41:28 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5553167 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 12 2023 18:41:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5555907 | + | Email/Text: BKRMailOps@weltman.com | Sep 12 2023 18:41:00 | Third Federal Savings & Loan, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5553168 | + | Email/Text: TFSBANKRUPTCIES@THIRDFEDERAL.COM | Sep 12 2023 18:41:00 | Third Federal Savings & Loan Assoc of Cl, 7007 Broadway Ave, Cleveland, OH 44105-1441 |
| 5558253 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 12 2023 18:41:00 | Towd Point Mortgage Trust 2020-4,, U.S. Bank National Association,, as Indenture Trustee, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5553169 | + | Email/Text: pitbk@weltman.com | Sep 12 2023 18:41:00 | Weltman, Weinberg & Reis Co, LPA Pitt, 436 Seventh Avenue, Pittsburgh, PA 15219-1826 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Third Federal Savings & Loan |
| 5555735 | *+ | Towd Point Mortgage Trust, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mark E. Moulton | on behalf of Debtor 1 Luba Bauko-Potenziani markmoulton@moultonslaw.com staff@moultonslaw.com |
| Michael Patrick Farrington | on behalf of Creditor Towd Point Mortgage Trust 2020-4  U.S. Bank National Association, as Indenture Trustee mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Luba Bauko−Potenziani,<br>aka Luba Bauko, aka Luba Potenziani, | Chapter 13 |
| **Debtor 1** | Case No. 5:23−bk−01544−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 12, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: October 19, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 12, 2023 |

ntcnfhrg (08/21)