LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Luba Bauko-Potenziani

CHAPTER 13

CASE NO. 5 - 23 -bk- 01544-MJC

**Debtor(s)**
Third Federal Savings & Loan Association

ADVERSARY NO. __-__ -ap-_____
(if applicable)

**Plaintiff(s)/Movant(s)**
vs.
Luba Bauko-Potenziani, Debtor
Jack N Zaharopoulos, Trustee

Nature of Proceeding: Motion for Relief

**Defendant(s)/Respondent(s)**

Document #: 25, 26

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Movant's Counsel is unavailable to attend the hearing due to an in person Continuing Legal Education course out of town. Furthermore, parties are in settlement negotiations and strongly feel a stipulation will be submitted prior to the rescheduled hearing.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 04/11/2024

/s/ Milos Gvozdenovic

Attorney for Third Federal Savings & Loan

Name: Milos Gvozdenovic

Phone Number: 216-739-5647

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.